[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12147
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-20791-WJZ-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS ENRIQUE DIAZ,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(October 2, 2012)

Before TJOFLAT, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Luis Enrique Diaz in this direct

criminal appeal, has filed a motion to withdraw on appeal, supported by a brief

prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.  Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Diaz's convictions and

sentences are **AFFIRMED**.